# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

**GARY A. SMITH**                                                                                    **PLAINTIFF**

**CASE NO. 4:22-CV-4005**

**WARDEN JEFFIE WALKER and**
**SEARGEANT ROBBIE GOLDEN**                                                        **DEFENDANTS**

## ORDER

On this date, Defendants request the deposition of Plaintiff. As set out in the scheduling order, that deposition is ordered. Defendants provided notice to Plaintiff on July 1, 2022, of their intention to take his deposition on July 19, 2022, and this notice was filed on July 1, 2022. Accordingly, the deposition is ordered in accordance with the filed notice.

IT IS SO ORDERED ON THIS 7th DAY OF July, 2022

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE